**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

JESUS ADOLFO ESTEVEZ, AKA Jesus
Estevez,

        Petitioner-Appellant,

    v.

UNITED STATES ATTORNEY'S OFFICE
FOR THE SOUTHERN DISTRICT OF
CALIFORNIA; et al.,

        Respondents-Appellees.

No.    18-55161

D.C. No. 3:15-cv-02941-AJB-JLB

MEMORANDUM*

Appeal from the United States District Court
for the Southern District of California
Anthony J. Battaglia, District Judge, Presiding

Submitted August 15, 2018**

Before:    FARRIS, BYBEE, and N.R. SMITH, Circuit Judges.

California state prisoner Jesus Adolfo Estevez, AKA Jesus Estevez, appeals

pro se from the district court's summary judgment in his Freedom of Information

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2). Estevez's request for oral
argument, set forth in his opening brief, is denied.

Act ("FOIA") action arising out of his request for documents. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Animal Legal Def. Fund v. U.S. Food & Drug Admin.*, 836 F.3d 987, 988-89 (2016) (en banc) (summary judgment in FOIA cases); *Guatay Christian Fellowship v. County of San Diego*, 670 F.3d 957, 970 (9th Cir. 2011) (cross-motions for summary judgment). We affirm.

The district court properly granted summary judgment on Estevez's FOIA requests because defendants' declarations were reasonably detailed and showed that defendants "conducted a search reasonably calculated to uncover all relevant documents." *Hamdan v. U.S. Dep't of Justice*, 797 F.3d 759, 770-71 (9th Cir. 2015) (citations and internal quotation marks omitted) (setting forth requirements for demonstrating adequacy of search for documents).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Estevez's requests for appointment of counsel, set forth in his opening and reply briefs, are denied.

Estevez's motion to file records under seal (Docket Entry No. 16) is denied.

**AFFIRMED.**